IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: RITE AID CORPORATION<br>SECURITIES LITIGATION | : <br> : <br> : | MDL Docket No. 1360 <br><br> MASTER FILE No. 99-1349 |
| This Document Relates To<br>CLASS ACTIONS | : <br> : <br> : | |

## ORDER

AND NOW, this 7th day of June, 2016, upon consideration of Franklin C. Brown's motion to enforce this Court's August 16, 2001 permanent injunction order (docket entry #193), Rite Aid Corporation's response in opposition thereto, and Brown's motion for leave to file a reply brief in support of his motion to enforce (docket entry #197) and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. Brown's motion for leave to file a reply is GRANTED;

2. The Clerk of Court shall DOCKET Attachment 1 of Brown's motion for leave to reply and title it as Brown's "Reply Brief in Support of Motion to Enforce";

3. Brown's motion to enforce this Court's August 16, 2001 permanent injunction order is GRANTED; and

4. Rite Aid Corporation is hereby ENJOINED from proceeding with its pending litigation against Brown in the Court of Common Pleas of Cumberland County in Rite Aid Corp. v. Brown, Case No. 2002-cv-04922 (Ct. Comm. Pl. Cumberland Cty. 2002), and it shall DISCONTINUE any further action in that matter.

BY THE COURT:

_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.